| | |
|---|---|
| Denver District Court<br>Denver County, Colorado<br>Court Address:<br>1437 Bannock Street<br>Denver, CO 80202 | EFILED Document<br>CO Denver County District Court 2nd JD<br>Filing Date: Apr 23 2012 9:24AM MDT<br>Filing ID: 43825563<br>Review Clerk: Kari S Elizalde |
| Plaintiff(s):<br>PHIL GARCIA<br><br>v.<br><br>Defendant(s):<br>PACIFIC SPECIALITY INSURANCE COMPANY, et al | ▲ COURT USE ONLY ▲<br>Case Number: 12CV2234<br>Division:        Courtroom: 376 |

## ORDER CHANGING CIVIL CASE COVER SHEET DESIGNATION

The Court, having reviewed the JDF 601 Civil Case Cover Sheet and the Complaint filed on April 11, 2012, hereby orders:

☒ This case meets the criteria for inclusion in the Civil Access Pilot Project Applicable to Business Actions in District Court and shall be governed by the rules contained in CJD 11-02, available at http://www.courts.state.co.us/Courts/Civil_Rules.cfm. Plaintiff may file an Amended Complaint within **7 days** of the date of this Order (see Pilot Project Rule ("PPR") 2.2). Plaintiff's initial disclosures under PPR 3.1 must be filed within **21 days** of service of the Amended Complaint. If Plaintiff does not amend the Complaint, initial disclosures must be filed within **21 days** of service of the Original Complaint or within **21 days** of the date of this Order, whichever occurs later.

☐ This case does **not** meet the criteria for inclusion in the Civil Access Pilot Project Applicable to Business Actions in District Court. Plaintiff shall file an Amended Civil Case Cover Sheet, indicating whether C.R.C.P. 16.1 applies, within **7 days** of the date of this Order.

Date: _April 23, 2012_

BY THE COURT:

_Herbert L. Stern III_
District Court Judge

## CERTIFICATE OF SERVICE

I certify that on _4/23/12_ (date), I mailed or dispatched electronically this ORDER CHANGING CIVIL CASE COVER SHEET DESIGNATION to:

☐ Plaintiff or Attorney for Plaintiff

Plaintiff shall serve this Order on Defendant(s).

_Kari S Elizalde_
Clerk

EXHIBIT A-4