IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-01190-MSK

PHIL GARCIA,

        Plaintiff,

v.

PACIFIC SPECIALTY INSURANCE COMPANY, and
VIKING INSURANCE COMPANY OF WISCONSIN d/b/a SENTRY INSURANCE,

        Defendants.

## ORDER REMANDING CASE

THIS MATTER comes before the Court *sua sponte*.

The Plaintiff commenced this action in the Denver County, Colorado District Court. Plaintiff seeks uninsured/underinsured motorist coverage benefits pursuant to two separate policies of insurance. In the Complaint filed in the state court, the Plaintiff did not specify the amount of monetary relief sought, other than $17,026.94 in medical expenses incurred to date. Aside from this figure, the Plaintiff only identifies the general categories of damages he seeks.

The Defendants have sought removal based upon diversity jurisdiction pursuant to 28 U.S.C.§ 1332. The Defendants contends that the requisite amount in controversy can be inferred from the factual allegations in the Complaint. The Court has reviewed the Complaint, the Notice of Removal, and the Colorado Civil Cover Sheet.

Consistent with the reasoning in *Baker v. Sears Holding Corp.*, 557 F. Supp. 2d 1208 (D. Colo. 2007) and *Klein v. State Farm Mut. Auto. Ins. Companies,* D. Colo. Case No. 08-cv-02257-MSK, 2008 WL 4948775 (Nov. 18, 2008), the Court finds that the Defendants have not

shown specific facts, which if true, would demonstrate that the amount in controversy is at least $75,000.

**IT IS THEREFORE ORDERED** that pursuant to 28 U.S.C. § 1447(c) this action is **REMANDED** to the District Court from which it was removed.

Dated this 9th day of May, 2012

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge